SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff;<br><br>    vs.<br><br>Waqar Khan, et al<br><br>        Defendants | Case No. **2:11-cv-01279-MCE-KJN**<br><br>**ORDER RE: STIPULATION FOR DISMISSAL** |

   IT IS SO ORDERED that the above-entitled action is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1). The Clerk is directed to close the file.

Dated:   September 5, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE